UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEFRANCESCH FAMILY PARTNERSHIP, LLC | CIVIL ACTION NO.: 23-1757 |
| VERSUS | JUDGE: ELDON E. FALLON |
| NATIONWIDE MUTUAL INSURANCE COMPANY | MAGISTRATE JUDGE: JANIS VAN MEERVELD |

## JOINT MOTION TO DISMISS WITH PREJUDICE

On joint motion of plaintiff, Defrancesch Family Partnership, LLC ("Plaintiff") and Defendant, Scottsdale Insurance Company ("Defendant"), appearing herein through undersigned counsel, and, upon suggesting to this Honorable Court that the claims and demands presented herein by Plaintiff against Defendant have been amicably settled and compromised, movers desire a dismissal of all of Plaintiff's claims against Defendant, with prejudice, with each party to bear its own costs.

Respectfully submitted,

s/Tomy J. Acosta
TOMY J. ACOSTA (#29737)
DEAN T. DEFRANCESCH (#36779)
Physical Address:
2810 W. Airline Highway
Laplace, Louisiana 70068
Mailing Address:
P.O. Box 1566
Laplace, Louisiana 70069
Telephone:   (985) 536-9700
Facsimile:   (985) 536-9703
Email: lawoffice70068@gmail.com

*Attorneys for Plaintiff,*
*Defrancesch Family Partnership, LLC*

s/Mark E. Hanna
MARK E. HANNA (#19336)
MOULEDOUX, BLAND, LEGRAND &
    BRACKETT, LLC
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Telephone:   (504) 595-3000
Facsimile:   (504) 522-2121
Email:        mhanna@mblb.com

*Attorney for Defendant,*
*Scottsdale Insurance Company*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Mark E. Hanna